**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHN KESSEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-08-203-R |
| | ) |
| MARTY SIRMONS, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered July 15, 2008 [Doc. No. 22]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the petition herein for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED with respect to the claims asserted in grounds one, two and four and DISMISSED with prejudice as to the claim asserted in ground three.

IT IS SO ORDERED this 6th day of August, 2008.

_[signature]_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE